NUMBER
13-05-287-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________


 

         IN THE INTEREST OF A.E., III AND
T.E.C., CHILDREN

_______________________________________________________
 

 

             On appeal from the County
Court at Law No. 5

                           of Nueces
County, Texas.

_______________________________________________________
  

 

MEMORANDUM
OPINION

 

                Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 

Appellants, MELISSA CANTU AND ALFONSO ELIZONDO, attempted to perfect an appeal
from a judgment entered by the County Court at Law No. 5 of Nueces County, Texas, in cause no. 04-60238-5.  The clerk=s record was received on April 21, 2005.  








Upon review of the
clerk=s record, it appeared
that the notice of appeal did not comply with Texas Rule of Appellate Procedure
25.1(e).  Pursuant to Tex. R. App. P. 42.3, notice of this
defect was given so that steps could be taken to correct the defect, if it
could be done.  Appellants were advised
that, if the defect was not corrected within thirty days from the date of
receipt of this notice, the appeal would be dismissed.  Appellants failed to file a response as requested
by this Court=s notice.  Appellee has filed a motion to dismiss the
appeal.

The Court, having
considered the documents on file, appellants= failure to respond to this Court=s notice, and appellee=s motion to dismiss
the appeal,  is of the opinion that
appellee=s motion should be
granted.  Appellee=s motion to dismiss
the appeal is GRANTED, and the appeal is hereby DISMISSED.

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 30th day of March,
2006.